IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 NOV 18 PM 1:33
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS MORENO-MORENO and<br>MARIA MORENO-MORENO,<br><br>Defendants. | 8:25CR232<br><br>INDICTMENT<br><br>18 U.S.C. §§ 111(a) and (b)<br>18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT ONE
(Assaulting, Resisting, Or Impeding A Federal Officer Causing Bodily Injury)

On or about October 22, 2025, in the District of Nebraska, defendant LUIS MORENO-MORENO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with federal officers, to wit: United States Deportation Officer Quintin Erdman, United States Deportation Officer Dillon Doeden, and United States Deportation Officer Kenneth Madill, who were each engaged in official duties, and inflicted bodily injury upon United States Deportation Officer Dillon Doeden and United States Deportation Officer Kenneth Madill.

In violation of Title 18, United States Code, Sections 111(a) and (b) and Title 18, United States Code, Section 2.

## COUNT TWO
(Assaulting, Resisting, Or Impeding A Federal Officer Causing Bodily Injury)

On or about October 22, 2025, in the District of Nebraska, defendant MARIA MORENO-MORENO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with federal officers, to wit: United States Deportation Officer Quintin Erdman, United States Deportation Officer Dillon Doeden, and United States Deportation Officer Kenneth Madill, who were each

engaged in official duties, and inflicted bodily injury upon United States Deportation Officer Dillon Doeden.

In violation of Title 18, United States Code, Sections 111(a) and (b), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____<br>FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____<br>JODY MULLIS<br>Assistant United States Attorney