IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR232** |
| vs. | |
| MARIA MORENO-MORENO, | **ORDER** |
| Defendant. | |

On February 12, 2026 the court held a hearing on the motion of Guy K. Weinstein to withdraw as counsel for the defendant, Maria Moreno-Moreno (Filing No. 36). Guy K. Weinstein represents that there is a material breakdown in attorney client communication. After inquiry of the Defendant and his counsel, the court granted Guy K. Weinstein's motion to withdraw (Filing No. 36).

Renee L. Mathias, 1001 Farnam Street, Suite 300, Omaha, NE 68102, (402) 341-0700, is appointed to represent Maria Moreno-Moreno for the balance of these proceedings pursuant to the Criminal Justice Act. Guy K. Weinstein shall forthwith provide Renee L. Mathias any discovery materials provided to the defendant by the government and any such other materials obtained by Guy K. Weinstein which are material to Maria Moreno-Moreno's defense.

The clerk shall provide a copy of this order to Renee L. Mathias and the defendant.

Dated this 12th day of February, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge